PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:99CR00276(EBB)

DOCKET NUMBER (Rec. Court)
CR 08 **0364** JSW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Rosse<br><br>530 Silver Avenue<br>Half Moon Bay, California 94019 | CONNECTICUT | INSERT OFFICE HERE |
| | NAME OF SENTENCING JUDGE | |
| | Ellen Bree Burns | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/04/08 — TO 05/03/11 |

OFFENSE

RICO Conspiracy

FILED JUN 23 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CR08-364 JSW

U.S. DISTRICT COURT NEW HAVEN, CT  2008 JUN -9  FILED

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 7, 2008
Date

_Ellen B. Burns Sr. U.S.D.J._
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby certify that is a true copy of the document on file. Date 6/17/08
Roberta D. Tabora
Clerk
By M. Ruocco
Deputy Clerk

5/23/08
Effective Date

United States District Judge



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 4, 2008

Mr. Edward S. Chinn
Chief Probation Officer
157 Church Street
New Haven, CT 06510-2100

Re:   David S. Rosse
      Docket No.:  CR 99-00276 EBB
      TRANSFER OF JURISDICTION

Dear CUSPO Chinn:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ District of Connecticut _____ to the Northern District of California. To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

Amy Rizor
Supervisory U.S. Probation Officer
(415) 436-7559

Enclosures
sp

2008 JUN -9 A 11:02
NEW HAVEN PROBATION OFFICE

NDC-GEN-002 05/25/05

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Dec. 3, 1999
Kevin F. Rowe, Clerk
By Sharon Collins
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

DAVID ROSSE

Crim. No. 3:99CR276 EBB

Violation: Title 18, United States Code
§1962(d) [RICO Conspiracy]

## INFORMATION

The United States, by and through its undersigned attorneys, charges:

### COUNT ONE

At all times material to this Information:

1. Defendant DAVID ROSSE was a resident of California, Ohio or Connecticut. He was employed by and associated with Martin R. Frankel, a/k/a Michael King, a/k/a David Rosse, a/k/a Eric Stevens, who is not named as a defendant herein, from approximately 1990 through approximately May 1999.

2. The Thunor Trust was a legal entity established at the direction of Frankel in the State of Tennessee in or about September 1991.

3. The St. Francis of Assisi Foundation was a British Virgin Islands Trust established at the direction of Frankel in or about August 1998.

4. Liberty National Securities, Inc., (LNS, Inc.) was a registered securities dealer with its principal place of business

1

located in Dundee, Michigan. Unbeknownst to the National Association of Securities Dealers and the Security and Exchange Commission, which regulate and govern registered securities dealers, Frankel had obtained control of LNS, Inc. and was operating as LNS, Inc. from 889 Lake Avenue, Greenwich, Connecticut.

The Enterprise

5. Defendant DAVID ROSSE, Martin Frankel, the Thunor Trust, the St. Francis of Assisi Foundation, LNS, Inc., and other persons and entities known and unknown to the United States, who are not named as defendants herein, constituted an enterprise as defined by Title 18, United States Code, § 1961(4), to wit, a group of individuals and entities associated in fact whose members engaged in acts including wire fraud, securities fraud and money laundering.

6. The enterprise defined above was engaged in and its activities affected interstate and foreign commerce.

The Purposes of the Enterprise

7. It was a purpose, among others, of the enterprise to enrich its members and associates through, among other means, (1) obtaining, via acts involving wire and securities fraud, the cash reserves of several insurance companies known and unknown to the United States through acquisition, merger, reinsurance and other agreements, and (2) acts involving the laundering of these fraud

proceeds.

8. It was also the purpose of the enterprise to obtain, by acts involving wire fraud, securities fraud and money laundering, monies and other assets to fund the operations of the enterprise and further its illegal goals and objectives.

The Racketeering Conspiracy

9. From sometime in or before 1991, the exact date being unknown, through in or about May 1999, in the District of Connecticut and elsewhere, the defendant DAVID ROSSE, Martin R. Frankel and other persons known and unknown to the United States, who are not named as defendants herein, being persons employed by and associated with the above-described enterprise, which was engaged in and the activities of which affected interstate and foreign commerce, knowingly and intentionally did combine, conspire, confederate, and agree with each other, to commit an offense against the United States, to wit: to violate Title 18, United States Code, § 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity as that term is defined in Title 18, United States Code §§ 1961(1) and (5), that is through the commission of a pattern of racketeering acts, including the racketeering acts identified in Paragraph 10, below.

3

10. On or about the dates set forth below, in the District of Connecticut and elsewhere, the defendant DAVID ROSSE, along with Martin Frankel and others known and unknown to the United States, violated Title 18, united States Code §1956(a)(2) in that they knowingly and willfully transported, transmitted and transferred and attempted to transport, transmit and transfer monetary instruments and funds, to a place in the United States from or through a place outside the United States,

    (a) with the intent to promote the carrying on of specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, §1343 and securities fraud in violation of Title 15 United States Code, §78j(b), and

    (b) knowing that such transportation, transmission and transfer represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, to wit: wire fraud.

Each transaction, constituting a separate racketeering act, is set forth below:

| Racketeering Act | Amount | Date | Description of Transaction |
|---|---|---|---|
| 1 | $15,000 | 9/20/93 | Transfer and Shipment of travelers checks from Banque SCS Alliance, Geneva Switzerland to David Rosse |
| 2 | $30,000 | 10/7/93 | Transfer and Shipment of travelers checks from Banque SCS Alliance, Geneva Switzerland to David Rosse |
| 3 | $15,000 | 11/5/93 | Transfer and Shipment of travelers checks from Banque SCS Alliance, Geneva Switzerland to David Rosse |
| 4 | $50,000 | 11/18/96 | Transfer and Shipment of travelers checks from Banque SCS Alliance, Geneva Switzerland to David Rosse |
| 5 | $2,000,000 | 3/31/99 | Wire transfer of funds from Banque SCS Alliance Account No. 70026 to Bank Leumi, Beverly Hills, California for the account of Worldwide Diamonds |

11. It was a further part of the conspiracy that the defendant DAVID ROSSE, agreed that a conspirator would commit at

5

least two acts of racketeering activity in the conduct of the affairs of the enterprise.

All in violation of Title 18, United States Code, Section 1962(d).

UNITED STATES OF AMERICA

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY

JAMES I. GLASSER
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

KARI A. DOOLEY
SENIOR LITIGATION COUNSEL

MARK G. CALIFANO
ASSISTANT UNITED STATES ATTORNEY

I Hereby certify that ...
is a true ...
on file. Date 6/18/08
Rc ... labora
Clerk
By M. Ruocco
Deputy Clerk


A5

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

FILED FEB 1 1 2002

v.

FEB 8 12 02 PM '02 NEW HAVEN

CASE NO. 3:99CR276(EBB)

DAVID ROSSE
41 SULLIVAN ROAD
NORTH SALEM, NY 10560
SSN: 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    DOB: 7/3/55

U.S. DISTRICT COURT
NEW HAVEN, CONN.

MARK CALIFANO, Assistant U.S. Attorney

H. JAMES PICKERSTEIN
Defendant's Attorney

The defendant pled guilty to count 1. Accordingly, the defendant is adjudged guilty of count 1, which involves the following offense:

Title & Section: **18:1962(d)**    Count: **1**
Nature of Offense: **RICO Conspiracy**
Date Offense Concluded: **5/99**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **120 months**. Upon release from custody, the defendant shall be on supervised release for a term of **3 years**. Special Conditions of Supervised Release include: **Defendant shall participate in a mental health treatment program, either in or out patient, as determined appropriate by the United States Probation Office (USPO). Defendant shall submit to random urinalysis and participate in a substance abuse treatment program if determined appropriate by the USPO. Defendant shall pay some or all of the costs of any treatment as directed by the USPO. Defendant shall pay Restitution in the amount of $180,000,000.00 jointly & severally with other defendants in related cases as set forth in the Restitution Order of 2/8/02. Defendant shall make payments at a rate of $100.00 per month upon release from custody. The monthly payment may be adjusted upon the Court's reassessment of defendant's finances**. The court recommends to the Bureau of Prisons: **The Court recommends that defendant be designated to Federal Prison Camp Nellis.**

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. In addition to the special conditions of supervised release imposed above, it is hereby Ordered that the general conditions of supervised release set out on the reverse side be imposed.

It is ordered that the defendant shall pay a Special Assessment of **$100.00**, for count **1** which shall be due **immediately**.

**February 7, 2002**
Date of Imposition of Sentence

_____
ELLEN BREE BURNS, Senior U.S. District Judge
Date: **February 8, 2002**

CERTIFIED AS A TRUE COPY
ON THIS DATE 6/18/08
Kevin F. Rowe, Clerk
BY: M. Ruocco
Deputy Clerk

## STANDARD CONDITIONS OF SUPERVISION

While on supervised release or probation, the defendant shall abide by the following conditions in addition to any special conditions set by the court:

1) The defendant shall not commit another federal, state, or local crime;
2) The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons; and shall submit a truthful and complete written report within the first 5 days of each month;
3) The defendant shall pay any such restitution and fines that remains unpaid at the commencement of the term of supervised release;
4) The defendant shall not leave the judicial district without the permission of the court or probation officer;
5) The defendant shall answer truthfully all inquires by the probation officer and follow instructions of the probation officer;
6) The defendant shall support his or her dependents and meet other family responsibilities;
7) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
8) The defendant shall notify the probation officer within 72 hours of any change in residence or employment;
9) The defendant shall not possess a firearm or destructive device.
10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11) The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered;
12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
13) The defendant shall permit a probation officer to visit him/her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
14) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
15) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.

---

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

John R. O'Connor

United States Marshal

By:_____
Deputy Marshal

CLOSED

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CRIMINAL DOCKET FOR CASE #: 3:99-cr-00276-EBB-1
Internal Use Only

Case title: USA v. Rosse

Date Filed: 12/03/1999
Date Terminated: 02/07/2002

Assigned to: Judge Ellen Bree Burns

Appeals court case numbers: 02-1133, 02-1133(L),02-1184(XAP)

**Defendant (1)**
**David Rosse**
*TERMINATED: 02/08/2002*

represented by **Harold James Pickerstein**
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4000
Fax: 203-259-0251
Email: hpickerstein@pepehazard.com
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph W. Martini**
Wiggin & Dana-NH
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
203-498-4310
Email: jmartini@wiggin.com
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas J. Williams**

**Pending Counts**

18:1962-4999.F FRAUD, OTHER, RICO Conspiracy
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

399 E. Putnam Ave.
Cos Cob, CT 06807
203-661-7404
Fax: 203-622-6718
Email: tjwmslaw@aol.com
*TERMINATED: 02/08/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Disposition**

Defendant imprisoned for 120 months, 3 years supervised release; restitution in the amount of $180,000,000.00 jointly & severally w/ other defendants in related cases (see restitution order for details); payments at $100.00 per month; speci al assessment of $100.00 due immediately

**Disposition**

**Disposition**

**Plaintiff**

USA                                          represented by  **James I. Glasser**
                                                             Wiggin & Dana-NH
                                                             One Century Tower
                                                             265 Church Street P.O. Box 1832
                                                             New Haven, CT 06508-1832
                                                             203-498-4313
                                                             Email: JGlasser@wiggin.com
                                                             *TERMINATED: 09/24/2007*
                                                             *LEAD ATTORNEY*

**Kari Anne Dooley**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
*TERMINATED: 04/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark G. Califano**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
203-696-3029
Fax: 203-579-5550
*TERMINATED: 04/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C. Robinson**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510
203-821-3700
*TERMINATED: 07/20/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/1999 | 1 | INFORMATION filed in open Court as to David Rosse (1) count(s) 1 (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 2 | Initial presentment held as to David Rosse Defendant informed of rights. ( EBB) (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 3 | WAIVER OF INDICTMENT executed in open court by David Rosse (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 4 | Plea Agreement Letter as to David Rosse (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 5 | Non-surety BOND dated in the Amount of $ 100,000 as to David Rosse (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 6 | ORDER Setting Conditions of Release as to David Rosse ( Signed by Senior Judge Ellen Bree Burns ). SEE Order for conditions of release (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | | PLEA entered by David Rosse . PLEA of GUILTY: David Rosse (1) count 1 Court accepts plea. Sentencing date to be set defendant waives his right to be sentenced within 80 days. Defendant represented by attorney Thomas Williams. ( EBB) (Moore, P.) (Entered: 12/07/1999) |

| Date | # | Description |
|---|---|---|
| 12/03/1999 | 7 | MOTION by USA as to David Rosse SEALED MOTION (document filed separate from case file) (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 8 | ENDORSEMENT as to David Rosse granting [7-1] motion SEALED MOTION as to David Rosse (1) ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 12/07/1999) |
| 12/03/1999 | 9 | Sealed document by USA as to David Rosse (document filed separate from the case file) ORDERED Unsealed 4/2/02, #52. Cooperation Agreement. (Moore, P.) (Entered: 12/07/1999) |
| 01/03/2000 |  | MOTION by USA as to David Rosse SEALED MOTION Motion Unsealed 3/17/00 in open court. Ex Parte Motion to Revoke Bond and Request for Issuance of an arrest warrant. (Moore, P.) Modified on 03/27/2000 (Entered: 01/04/2000) |
| 01/04/2000 |  | ENDORSEMENT as to David Rosse granting [9-1] motion SEALED MOTION as to David Rosse (1). Motion unsealed 3/17/00. 1/3/00. GRANTED. 1/6/00. After hearing this date, the motion is granted. ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) Modified on 03/27/2000 (Entered: 01/04/2000) |
| 01/04/2000 |  | SEALED Arrest WARRANT issued as to David Rosse, filed separate from case file (Moore, P.) (Entered: 01/04/2000) |
| 01/05/2000 | 10 | Sealed document by USA as to David Rosse. Document unsealed 3/17/00 in open court. Notice of Defendant's Bond Status. (Jefferson, V.) Modified on 03/27/2000 (Entered: 01/05/2000) |
| 01/06/2000 |  | ENDORSEMENT as to David Rosse, document #9 Government's exparte motion to revoke bond and request for issuance of an arrest warrant. After hearing this date, the motion is granted. ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 01/07/2000) |
| 01/06/2000 | 11 | Detention hearing held as to David Rosse. Bond revoked. Defendant detained. ( EBB) (Jefferson, V.) (Entered: 01/10/2000) |
| 01/12/2000 | 12 | Order of Psychiatric Examination to assist in determination of sentence as to David Rosse ( signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 01/12/2000) |
| 01/14/2000 | 13 | MOTION by David Rosse for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing (Moore, P.) (Entered: 01/14/2000) |
| 01/27/2000 | 15 | MARSHAL'S RETURN of service on warrant executed as to David Rosse on 1/6/00 (Torday, B.) (Entered: 02/11/2000) |
| 01/27/2000 | 16 | MARSHAL'S RETURN of service on warrant for arrest executed as to David Rosse on 1/6/00 (Torday, B.) (Entered: 02/14/2000) |
| 02/04/2000 | 14 | Motion hearing held as to David Rosse re: [13-1] motion for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing-motion denied without prejudice. ( JGM) (Moore, P.) (Entered: 02/07/2000) |
| 02/04/2000 |  | Minute entry as to David Rosse : denying without prejudice [13-1] motion for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing as to David Rosse (1) (Moore, P.) (Entered: 02/07/2000) |
| 03/02/2000 | 17 | MOTION by David Rosse for Reconsideration of [14-1] hearing dated 2/4/00 re: [13-1] motion for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing (Jefferson, V.) (Entered: 03/03/2000) |
| 03/17/2000 | 18 | ENDORSEMENT as to David Rosse denying [17-1] motion for Reconsideration of [14-1] hearing dated 2/4/00 re: [13-1] motion for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 03/27/2000) |
| 03/17/2000 |  | Motion hearing held as to David Rosse re: [17-1] motion for Reconsideration of bond [11-1] detention hearing dated 1/6/00 re: [11-1] hearing, DENIED. Government's Oral Motion to Unseal # 9 and 10, GRANTED. ( EBB) (Jefferson, V.) (Entered: 03/27/2000) |
| 02/13/2001 | 19 | Appearance for David Rosse by Attorney Harold James Pickerstein (Jefferson, V.) (Entered: 02/14/2001) |

| Date | # | Description |
|---|---|---|
| 02/13/2001 | 20 | Appearance for David Rosse by Attorney Joseph W. Martini (Jefferson, V.) (Entered: 02/14/2001) |
| 06/28/2001 |  | Deadline updated as to David Rosse, set Sentencing for 10:00 8/16/01 for David Rosse (Ruocco, M.) (Entered: 06/29/2001) |
| 08/08/2001 | 21 | MOTION by David Rosse to Postpone Sentencing to 9/14/01 (Jefferson, V.) (Entered: 08/08/2001) |
| 08/10/2001 |  | ENDORSEMENT as to David Rosse granting, upon the filing of a signed waiver [21-1] motion to Postpone Sentencing to 9/14/01 reset Sentencing for 9/14/01 for David Rosse as to David Rosse (1), to Continue pursuant to 18:3161(h)(8) Time Excluded from 8/16/01 to 9/14/01 ( Signed by Mag. Judge Joan G. Margolis ) (Moore, P.) Modified on 08/10/2001 (Entered: 08/10/2001) |
| 08/31/2001 | 22 | MOTION by David Rosse temporary release from custody (Moore, P.) (Entered: 09/04/2001) |
| 08/31/2001 |  | ENDORSEMENT as to David Rosse granting with conditions stataed on the record this date [22-1] motion temporary release from custody as to David Rosse (1) ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 09/04/2001) |
| 08/31/2001 | 23 | Motion hearing held as to David Rosse re: [22-1] motion temporary release from custody. Motion granted. ( EBB) (Moore, P.) (Entered: 09/04/2001) |
| 09/05/2001 | 24 | WAIVER of Speedy Trial by David Rosse to Continue pursuant to 18:3161(h)(8) (Moore, P.) (Entered: 09/05/2001) |
| 09/10/2001 | 25 | MOTION by USA as to David Rosse for Downward Departure (Moore, P.) (Entered: 09/10/2001) |
| 09/10/2001 | 26 | MEMORANDUM by USA as to David Rosse in support of [25-1] motion for Downward Departure (Moore, P.) (Entered: 09/10/2001) |
| 09/14/2001 |  | Deadline updated as to David Rosse, reset Sentencing for 10:00 10/10/01 for David Rosse (Ruocco, M.) (Entered: 09/14/2001) |
| 09/17/2001 | 27 | TRANSCRIPT of proceedings held on 1/6/00 as to David Rosse ( Court Reporter: Falzarano) (Inferrera, L.) (Entered: 09/18/2001) |
| 10/05/2001 | 28 | SENTENCING MEMORANDUM by David Rosse (Jefferson, V.) (Entered: 10/09/2001) |
| 10/09/2001 | 29 | SENTENCING MEMORANDUM by USA as to David Rosse (Moore, P.) (Entered: 10/09/2001) |
| 10/10/2001 | 30 | Sentencing hearing held, continued until 10/19/01 @ 9:00 (EBB) (Ruocco, M.) (Entered: 10/10/2001) |
| 10/17/2001 | 31 | SUPPLEMENTAL SENTENCING MEMORANDUM by David Rosse (Jefferson, V.) (Entered: 10/17/2001) |
| 10/18/2001 | 32 | RESPONSE by USA as to David Rosse re [31-1] memorandum by David Rosse (Moore, P.) (Entered: 10/19/2001) |
| 10/19/2001 | 33 | TRANSCRIPT of proceedings held on 10/10/01 as to David Rosse ( Court Reporter: Tracy Costello) (Ruocco, M.) (Entered: 10/19/2001) |
| 10/19/2001 | 34 | Sentencing held, continued until 11/5/01 @ 9:00 (EBB) (Ruocco, M.) (Entered: 10/19/2001) |
| 10/24/2001 | 35 | TRANSCRIPT of proceedings held on 12/3/99 as to David Rosse ( Court Reporter: Ellen Szamier) (Ruocco, M.) (Entered: 10/24/2001) |
| 10/30/2001 | 36 | MOTION by David Rosse for Release pending sentencing , or Transfer to a Federal Medical Facility , and to Postpone Sentencing sine die (Jefferson, V.) (Entered: 10/30/2001) |
| 11/01/2001 | 37 | MEMORANDUM by USA as to David Rosse in opposition to [36-1] motion for Release pending sentencing, [36-2] motion Transfer to a Federal Medical Facility, [36-3] motion to Postpone Sentencing sine die (Moore, P.) (Entered: 11/02/2001) |
| 11/05/2001 | 38 | Sentencing, continued to a time to be determined. ( EBB) (Moore, P.) (Entered: 11/05/2001) |
| 11/06/2001 | 39 | Order of Psychiatric and Medical Evaluation to Aid the Court in Sentencing as to David Rosse ( signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 11/07/2001) |

| Date | # | Description |
|---|---|---|
| 11/16/2001 | 40 | TRANSCRIPT of proceedings held on 10/19/01 as to David Rosse Volume 2 ( Court Reporter: FALZARANO COURT REPORTERS) (Jefferson, V.) (Entered: 11/19/2001) |
| 01/30/2002 | 41 | RESPONSE by USA as to David Rosse re [32-1] response by USA, [31-1] memorandum by David Rosse (Jefferson, V.) (Entered: 01/30/2002) |
| 02/01/2002 | 42 | Sentencing held, continued 9:00 2/7/02 ( EBB) (Ruocco, M.) Modified on 02/05/2002 (Entered: 02/04/2002) |
| 02/07/2002 | 43 | Marked Exhibit & Witness List as to David Rosse, USA (Ruocco, M.) (Entered: 02/08/2002) |
| 02/07/2002 | 44 | Sentencing held David Rosse (1) count(s) 1 (EBB) (Ruocco, M.) (Entered: 02/11/2002) |
| 02/08/2002 | 45 | JUDGMENT as to David Rosse (1) count(s) 1. Defendant imprisoned for 120 months, 3 years supervised release; restitution in the amount of $180,000,000.00 jointly & severally w/ other defendants in related cases (see restitution order for details); payments at $100.00 per month; special assessment of $100.00 due immediately. ( Signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 02/11/2002) |
| 02/08/2002 | 46 | Order of Restitution as to David Rosse . The defendant shall be required to pay restitution of $ 180,000,000.00 ( signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 02/11/2002) |
| 02/08/2002 |  | SPECIAL ASSESSMENT in the amount of $ 100.00 paid in full as to David Rosse . Receipt # N005709 (Carfora, C.) (Entered: 02/20/2002) |
| 02/12/2002 | 47 | TRANSCRIPT of proceedings held on 2/7/02 as to David Rosse ( Court Reporter: Falzarano Court Reporters) (Moore, P.) (Entered: 02/12/2002) |
| 02/15/2002 | 48 | NOTICE OF APPEAL. David Rosse (1) count(s) 1 Certified copy of Appeal and Docket mailed to USCA. FILING FEE $ 105.00 RECEIPT # N005775 (Basile, F.) (Entered: 02/19/2002) |
| 02/21/2002 | 49 | MOTION by David Rosse for Temporary Release from Custody to attend funeral (Jefferson, V.) (Entered: 02/21/2002) |
| 02/21/2002 |  | ENDORSEMENT as to David Rosse denying [49-1] motion for Temporary Release from Custody to attend funeral as to David Rosse (1) ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 02/22/2002) |
| 03/13/2002 | 50 | NOTICE OF CROSS APPEAL by USA as to David Rosse (1) count(s) 1 Certified copy of Appeal and Docket mailed to USCA. (Malone, P.) (Entered: 03/14/2002) |
| 03/22/2002 | 51 | Scheduling Order from USCA as to David Rosse [48-1] appeal USCA Number: 02-1133 (Malone, P.) (Entered: 03/22/2002) |
| 03/25/2002 |  | INDEX to Record on Appeal mailed to USCA as to David Rosse re: [48-1] appeal by David Rosse (Malone, P.) (Entered: 03/26/2002) |
| 03/28/2002 | 52 | MOTION by USA as to David Rosse to Unseal Document #8 (Jefferson, V.) (Entered: 03/28/2002) |
| 04/02/2002 |  | ENDORSEMENT as to David Rosse granting [52-1] motion to Unseal Document #8 as to David Rosse (1) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 04/02/2002) |
| 04/08/2002 | 53 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 4/1/02 as to David Rosse re: [48-1] appeal by David Rosse USCA Number: 02-1133 (Malone, P.) (Entered: 04/09/2002) |
| 06/04/2002 | 54 | TRANSCRIPT of proceedings held on 2/7/02 as to David Rosse Day 5 of Sentencing Hearing. Court Reporter: FALZARANO COURT REPORTERS) (Jefferson, V.) Modified on 06/04/2002 (Entered: 06/04/2002) |
| 06/04/2002 | 55 | TRANSCRIPT of proceedings held on 2/1/02 as to David Rosse. Day 4 of Sentencing Hearing. ( Court Reporter: FLAZARANO COURT REPORTERS) (Jefferson, V.) (Entered: 06/04/2002) |

| Date | # | Description |
|---|---|---|
| 06/04/2002 | 56 | TRANSCRIPT of proceedings held on 11/5/01 as to David Rosse. Day 3 of Sentencing Hearing. (Court Reporter: FALZARANO COURT REPORTERS) (Jefferson, V.) (Entered: 06/04/2002) |
| 07/01/2002 | 57 | Scheduling Order from USCA as to David Rosse [50-1] appeal, & USA [48-1] appeal USCA Number: 02-1133(L), 02-1184(XAP) (Malone, P.) (Entered: 07/02/2002) |
| 03/13/2003 | 58 | MANDATE OF USCA (certified copy) dated 3/6/03 as to David Rosse Re: [50-1] appeal by USA, [48-1] appeal by David Rosse affirming judgment David Rosse (1) count 1 ( Roseann B. Mackechnie, Clerk) (Jefferson, V.) (Entered: 05/06/2003) |
| 03/20/2003 | | MANDATE OF USCA (certified copy) dated 3/6/03 as to David Rosse Re: [48-1] appeal by David Rosse affirming judgment David Rosse (1) count 1 ( Roseann B. MacKechnie, Clerk) (Jefferson, V.) (Entered: 03/20/2003) |
| 07/02/2004 | 59 | SEALED MOTION - Filed separately from case file, by David Rosse. (Jefferson, V.) (Entered: 07/09/2004) |
| 07/02/2004 | 60 | SEALED MOTION - Filed separately from case file, by David Rosse. (Jefferson, V.) (Entered: 07/09/2004) |
| 07/13/2004 | 61 | ENDORSEMENT ORDER as to David Rosse re 59 SEALED MOTION - Filed separately from case. filed by David Rosse . Signed by Judge Ellen Bree Burns on 7/13/04. (Jefferson, V.) (Entered: 07/15/2004) |
| 07/14/2004 | 62 | ENDORSEMENT ORDER denying [60 Sealed Motion as to David Rosse (1). Signed by Judge Ellen Bree Burns on 7/13/04. (Jefferson, V.) (Entered: 07/15/2004) |
| 07/30/2004 | 63 | MOTION to Seal this motion and accompanying Motion and document by David Rosse. (Jefferson, V.) (Entered: 07/30/2004) |
| 07/30/2004 | 64 | ENDORSEMENT ORDER granting 63 Motion to Seal as to David Rosse (1). Signed by Judge Ellen Bree Burns on 7/29/04. (Jefferson, V.) (Entered: 07/30/2004) |
| 07/30/2004 | 65 | SEALED MOTION - Filed separately from case file, by David Rosse. (Jefferson, V.) (Entered: 07/30/2004) |
| 07/30/2004 | 66 | ENDORSEMENT ORDER granting [65 Sealed Motion as to David Rosse (1). Signed by Judge Ellen Bree Burns on 7/29/04. (Jefferson, V.) (Entered: 07/30/2004) |
| 07/30/2004 | 67 | Sealed Document - Filed separately from case file. (Jefferson, V.) (Entered: 07/30/2004) |
| 08/16/2004 | 68 | CJA 20 as to David Rosse : Appointment of Attorney Harold James Pickerstein for David Rosse. Signed by Clerk on 8/16/04. (Ruocco, M.) (Entered: 08/16/2004) |
| 12/08/2004 | 69 | Acknowledgement of Receipt of Exhibits by USA as to David Rosse (Ruocco, M.) (Entered: 12/08/2004) |
| 02/08/2005 | | CJA 20 as to David Rosse: Authorization to Pay Harold James Pickerstein, Esq.. Amount: $ 8,812.00, Voucher # 040916000014. 68 CJA 20 - Appointment Final payment. Certified by USCA. Signed by Judge Ellen Bree Burns on 2/8/05. (Villano, P.) (Entered: 03/18/2005) |
| 05/01/2006 | | Defendant's Exhibits A-E returned this date from 2001 sentencing hearing as to David Rosse (Ruocco, M.) (Entered: 05/01/2006) |
| 05/09/2006 | 70 | Acknowledgement of Receipt re David Rosse re Defendant's Exhibits A-E signed by Atty Pickerstein (Jefferson, V.) (Entered: 05/09/2006) |
| 08/27/2007 | 71 | Probation form 12B Petition for Modification of Conditions of Probation with Consent of the Offender and Waiver of Hearing to Modify Conditions of Supervised Release as to David Rosse. Signed by Judge Ellen Bree Burns on 8/22/07. (Moore, P.) (Entered: 08/28/2007) |
| 06/09/2008 | 72 | Probation Jurisdiction Transferred to Northern District of California as to David Rosse. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Ruocco, M.) (Entered: 06/17/2008) |

By: M. Ruocco
Deputy Clerk

I hereby attest and certify on _06/18/08_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Roberta D. Tabora
Clerk